# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MARLON A. MANSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 7:16-cv-00032-RDP-TMP |
| **JUDGE JAMES H. ROBERTS, et al.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On November 16, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that this case be dismissed for failure to state claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (b)(2).

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this December 5, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE